199 U.S. 579, 26 S.Ct. 159

### ROYAL PACKING COMPANY v. UNITED STATES.

No. 86.

Supreme Court of the United States.

Argued Nov. 29, 1905.   Decided Dec. 18, 1905.

PER CURIAM.

This case depends upon a similar state of facts, involves the same question of law, and is also affirmed.

See same case below, 39 Ct.Cl. 566.